IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>DARLENE B. GOODWIN, JOSEPH K. GOODWIN and M.G., a minor,<br>    Defendants. | )<br>)<br>)<br>)<br>)      CIVIL ACTION 2:16-00623-KD-B<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the parties' "Motion to Distribute Prudential Life Insurance Policy Proceeds" (Doc. 44) regarding interpleader and distribution of funds previously deposited with the Court's Registry by Plaintiff (funds representing a total death benefit of $16,000 ($15,000.00 in basic term life insurance and $1,000.00 in basic accidental death and dismemberment insurance) due under Group Policy ##G-20400 and G-37000 to NEA Members Insurance Trust, insuring Joseph Shane Goodwin, deceased, and for the payment of fees incurred by Jean Powers as *guardian ad litem* for M.G., a minor. Upon consideration, the motion is **GRANTED** and the following is **ORDERED:**

   1.   The Clerk of Court, as soon as the business of its office allows, shall issue a check out of the funds on deposit to "Jean M. Powers Esq.", P.O. Box 596, Mobile, AL, 36601 in the amount of $1,600.00. The remaining money on deposit shall be distributed to "Joseph E. Walden, Esq., as counsel for Darlene B. Goodwin and Joseph K. Goodwin," P.O. Box 1610, Alabaster, AL 35007.

   2.   Within 21 days of the date of the Order and receipt by Plaintiff Prudential Life Insurance Company of America's counsel of a W-9 from Jean M. Powers, Esq., The Prudential Insurance Company of America shall deliver a check to Jean M. Powers, Esq., P.O. Box 596, Mobile, AL 36601, payable to "Jean M. Powers, Esq." in the amount of $1,800.00.

   3. Plaintiff Prudential Life Insurance Company of America is hereby discharged from any and all liability to Darlene B. Goodwin ("Darlene"), Joseph K. Goodwin ("Joseph"), M.G., a minor, and Powers, solely in her capacity as *guardian ad litem* of M.G., relating to the

Group Policy and/or the Death Benefit payable thereunder.  Darlene, Joseph, M.G., and Powers are hereby permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum, arising out of or in connection with Plaintiff Prudential Life Insurance Company of America relating to the Group Policy and/or the Death Benefit.

4.  All claims, rights, interests and actions that Darlene, Joseph, M.G., and Powers might otherwise have held against Plaintiff Prudential Life Insurance Company of America and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators, with respect to the Group Policy and/or the Death Benefit are hereby released.

5.  All claims against Plaintiff Prudential Life Insurance Company of America or any party are hereby **DISMISSED** with prejudice and this matter is **DISMISSED** with prejudice and without costs.

**DONE** and **ORDERED** this the **16th** day of **July 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**