# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>DARLENE B. GOODWIN, JOSEPH K. GOODWIN and M.G., a minor,<br>    Defendants. | )<br>)<br>)<br>)<br>)    CIVIL ACTION 2:16-00623-KD-B<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** with prejudice and without costs.

**DONE** and **ORDERED** this the **16th** day of **July 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**